IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FCCI INSURANCE COMPANY, | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | § |
| | §  CASE NO. 7:23-cv-00119-O-BP |
| TYLYNNE EATON, JEREMY EATON and | § |
| LYNNZIE EATON, | § |
| | § |
| Defendants. | § |

### JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

TO THE HONORABLE REED O'CONNOR,
UNITED STATES DISTRICT JUDGE:

Plaintiff, FCCI Insurance Company ("Plaintiff"), and Defendants, Tylynne Eaton, Jeremy Eaton and Lynnzie Eaton (collectively, the "Defendants") (collectively referred to herein as the "Parties"), file this Joint Motion for Entry of Agreed Final Judgment ("Joint Motion"), and respectfully state:

1. The Parties hereby notify the Court that they have reached a settlement of the claims filed by Plaintiff against Defendants in this case, the terms of which include, *inter alia*, the entry of an Agreed Final Judgment as security for certain settlement payments to be made by Defendants to Plaintiff over a period of time.

2. Accordingly, the Parties submit a proposed Agreed Final Judgment simultaneously with the filing of this Joint Motion for the Court's consideration and entry, which will dispose of all claims and all parties in this case.

Respectfully submitted,

*/s/ Robert M. Fitzgerald*
Robert M. Fitzgerald
Texas Bar No. 07088900
Law Offices of Robert M. Fitzgerald, PC
1219 FM 314
Van, Texas 75790
(903) 963-7550
(903) 963-7551 (Fax)
Email: rfitzgerald@rmflaw.net
*Attorneys for Plaintiff, FCCI Insurance Company*

and

*/s/ Tylynne Eaton*
Tylynne Eaton
Pro-Se Defendant
1214 County Road 750
McCaulley, Texas 79534
(940) 256-2896
Email: tylynne.eaton@apexempireinc.com


*/s/ Jeremy Eaton*
Jeremy Eaton
Pro-Se Defendant
5436 State Highway 222
Knox City, Texas 79529
(940) 256-0470
Email: jeremy.eaton@rocketmail.com


*/s/ Lynnzie Eaton*
Lynnzie Eaton
Pro-Se Defendant
5436 State Highway 222
Knox City, Texas 79529
(940) 256-1144
Email: lynnzie.eaton@hotmail.com

*Defendants*

## Certificate of Service

I hereby certify that on the 22nd day of April, 2024, a true and correct copy of the above and foregoing pleading was electronically filed with the Court's ECF system and was served upon the pro-se Defendants via email at the above-referenced email addresses per their request.

/s/ Robert M. Fitzgerald
Robert M. Fitzgerald