IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **FCCI INSURANCE COMPANY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| V. § | |
| § | CASE NO. 7:23-cv-00119-O |
| **TYLYNNE EATON, JEREMY EATON and** § | |
| **LYNNZIE EATON,** § | |
| § | |
| **Defendants.** § | |

## AGREED FINAL JUDGMENT

Came on this day for consideration the Joint Motion for Entry of Agreed Final Judgment ("Joint Motion") filed by Plaintiff, FCCI Insurance Company ("Surety"), and Defendants, Tylynne Eaton, Jeremy Eaton and Lynnzie Eaton (collectively, the "Defendants"). The Court, having considered the Joint Motion, the announcement of a settlement between the parties stated therein, and the proposed Agreed Final Judgment submitted contemporaneously therewith, which contains the electronic signature of counsel of record for Surety and the signatures of all Defendants, signifying all Defendants' approval of the form and content of the Agreed Final Judgment, is of the opinion and hereby finds that the Joint Motion should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiff, FCCI Insurance Company, shall have and recover from Defendants, Tylynne Eaton, Jeremy Eaton and Lynnzie Eaton, jointly and severally, the principal sum of $834,030.91. It is further

ORDERED, ADJUDGED AND DECREED that Plaintiff, FCCI Insurance Company, is granted such writs and processes as may be necessary to enforce this Agreed Final Judgment.

All relief not granted herein is denied. This is a final judgment that disposes of all claims filed against all parties hereto.

**SO ORDERED** on this **20th day** of **May, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

*Agreed and Approved as to Form and Content:*

**Plaintiff:**

*/s/ Robert M. Fitzgerald*
Robert M. Fitzgerald
Texas Bar No. 07088900
Law Offices of Robert M. Fitzgerald
1219 FM 314
Van, Texas 75790
(903) 963-7550
(903) 963-7551 (Fax)
Email: rfitzgerald@rfmlaw.net
*Attorneys for Plaintiff, FCCI Insurance Company*

**Defendants:**

*/s/ Tylynne Eaton*
Tylynne Eaton, Individually

*/s/ Jeremy Eaton*
Jeremy Eaton, Individually

*Lynnzie Eaton*
Lynnzie Eaton, Individually